**S. Keith CURRAN; Rhonda Curran, Appellants,**

v.

**WASHINGTON MUTUAL BANK, F.A., Appellee.**

**No. 06–1911.**

United States Court of Appeals, Eighth Circuit.

Submitted: Nov. 17, 2006.

Filed: Dec. 18, 2006.

Robert L. Depper, Jr., Depper Law Firm, Eldorado, AR, Donald Richard Jones, Richard Wilensky, Wilensky & Jones, Patrick J. Mulligan, Eric N. Roberson, Jason H. Fox, Reid Stewart, Law Offices of Patrick J. Mulligan, Dallas, TX, for appellants.

Elizabeth Robben Murray, Kevin Arlen Crass, Friday & Eldredge, Little Rock, AR, Marc D. Sokol, Matthew M. Neumeier, Scott T. Schutte, Jenner & Block, Chicago, IL, for appellee.

Before MURPHY, ARNOLD, and BENTON, Circuit Judges.

PER CURIAM.

The plaintiffs appeal a judgment entered against them by the district court[1] in their action under the Real Estate Settlement Procedures Act (RESPA), 12 U.S.C. § 2605(e). They claimed that RESPA prohibits charging fees for providing mortgagees with payoff statements. We rejected an identical claim in *Watt v. GMAC*

---

1. The Honorable Harry F. Barnes, United States District Judge for the Western District

*Mortgage Corp.*, 457 F.3d 781 (2006), and we therefore reject the present claim.

Affirmed.